Abel Acosta, Clerk ← send here
Supreme Court Bldg
201 W 14st Rm. 106
Capitol Sta
Austin, TX. 78711-2308

PD-0115-15

Dear Clerk, enclosed please find My Pro-se Defendants
Motion for extention of time to file Petition for Descretionary Review.

Please File this Motion and bring it to the
attention of this Court.

Please Date-Stamp this letter and return a
copy to Me at the address below.

I also request that You notify Me of the
Courts ruling on my motion.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

Sincerly,
Errick L Proctor
Errick Lamar Proctor

Errick C. Proctor
T.D.C.J. No 1887368
Holliday Unit
295 I. H 45N
Huntsville, TX. 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

Page (1 of 4)

Errick Lamar Proctor

VS.

State of Texas

From Appeal No. 14-13-00113-CR
Trial Cause No. 1341677
Harris County, Texas

First Motion For extention of Time to File petition For Discretionary Review.

    to the Honorable Judges of the Court of Criminal Appeals comes now, Errick Lamar Proctor, Petitioner and Files Motion for an extention of sixty (60) days in which to File a Petition For Discretionary Review. In Support of this motion Appellant shows the Court the Folling.

I

    The Petitioner was Convicted in the 176th district Court of Harris County, Texas of the offence of Murder.

Cause No. 1341677 styled State of Texas VS Errick Lamar Proctor. The Petitioner Appealed to the Court of Appeals Fourteenth Judicial District of Texas, The Case was "affirmed" on December 30, 2024.

## II

The Present deadline For Filing the Petition for Discretionary Review is January 30, 2014 The Petitioner has not requested any extention Prior to this request.

## III

Petitioner request for an extention is based upon the Following facts:

Petitioner was not informed of the decision of the Court of Appeals in affirming his case until December 30, 2014.

Since then time petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Kyle B. Johnson, has informed me, Petitioner, that he will not represent petitioner on the petition for Discretionary Review.

Wherefore petitioner prays this Court grant this motion and extend the deadline for Filing the Petition For Discretionary Review in Case No., 1341677 to March 31, 2015

Page (3 of 4)

I certify that a true and correct copy of the above and foregoing First Motion for Extention of Time to file a Petition for Discretionary Review has been forwarded by U.S. Mail, Postage prepaid, First Class to the Attorney for the State, Harris County, and to the State Prosecuting Attorney, P.O. Box 12405O Austin, TX. 78711. On this day of January 20 2015

Errick L Proctor
Errick L Proctor
Petitioner Pro Se
being incorcerated

I, Errick L. Proctor, T.D.C.S.# , on Holliday Unit at the Texas Department of Criminal Justice in Waller County, Texas verify and declare under penalty of Perjury that the foregoing statements are true and Correct. Executed on this day of January 20 2015.

Errick L Proctor
Errick L Proctor
T.D.C.J. #1887368